**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIEL THOMAS, | ) |
| | ) |
| Plaintiff, | ) Judge Sharon Johnson Coleman |
| | ) |
| v. | ) Case No.: 1:21-CV-03037 |
| | ) |
| UNIFIN, INC., | ) Magistrate Judge Sheila M. Finnegan |
| | ) |
| Defendant. | ) |

**UNIFIN, INC.'S NOTICE OF COMPLIANCE**

Defendant, Unifin, Inc. ("Unifin"), through undersigned counsel, submits this notice of compliance, and states:

1. On August 20, 2021, this Court entered an order denying plaintiff's motion to remand and requiring a responsive pleading to be filed on or before September 3, 2021. Dkt. 18.

2. Unifin previously filed its answer and affirmative defenses on June 28, 2021. Dkt. 12.

3. Unifin files this notice solely to confirm compliance with this Court's order.

Date: September 3, 2021

Respectfully submitted,

*s/ Morgan I. Marcus*
Morgan I. Marcus
Andrew E. Cunningham
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0985
E-mail: mmarcus@sessions.legal
acunningham@sessions.legal
*Attorneys for Defendant
Unifin, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2021, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      *s/ Morgan I. Marcus*
      *Attorney for Defendant*
      *Unifin, Inc.*